LVOVICH & VOLCHEGURSKY, LLP
MILLA L. LVOVICH, State Bar No. 225589
ALEXANDER VOLCHEGURSKY, State Bar No. 209172
20 California Street, 7th Floor
San Francisco, CA 94112
Telephone No.: 415-277-2560
Facsimile No.: 415-616-7000
mlvovich@lvlawgroup.com
avolchegursky@lvlawgroup.com

Attorneys for Plaintiff,
DOMUS DESIGN GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JSW**

DDG RESOURCES, LLC, d/b/a DOMUS
DESIGN GROUP, a Nevada limited liability
company,

Plaintiff,

v.

DOMUS DESIGN GROUP, LLC, a
California limited liability company,

Defendants.

Case No.: C 07 5835

**COMPLAINT FOR INJUNCTIVE RELIEF
AND DAMAGES FOR
(1) TRADEMARK INFRINGEMENT (2)
UNFAIR COMPETITION; (3) FALSE
DESIGNATION OF ORIGIN; (4) STATE
TRADEMARK INFRINGEMENT UNDER
CAL. BUS. AND PROF. CODE § 14335,
(5) UNFAIR COMPETITION UNDER CAL.
BUS. AND PROF. CODE §§17200 et seq.,; (6)
FALSE AND MISLEADING STATEMENTS;
(7) INJURY TO BUSINESS REPUTATION;
(8) COMMON LAW TRADEMARK
INFRINGEMENT; AND (9) COMMON
LAW UNFAIR COMPETITION**

**DEMAND FOR JURY TRIAL**

DDG Resources, LLC, dba Domus Design Group (hereinafter "Plaintiff"), for its

Complaint, herein against Domus Design Group, LLC (hereinafter "Defendant"), states as follows:

**THE PARTIES**

1.    Plaintiff is a limited liability company organized and existing under the laws of the

State of Nevada, with its principal office at 120 Thoma Street, Reno, NV 89501, which is doing

business in California as Domus Design Group through its office at 215 2nd St., Second Floor, San

Francisco, CA 94105. A true and correct printout of the Fictitious Business Search from the Office of the San Francisco County Clerk is attached hereto as Exhibit A.

2.      Defendant is, upon information and belief, a limited liability company organized and existing under the laws of the State of California, with its principal place of business at 2 Henry Adams Street, Suite 337, San Francisco, CA 94103.

## JURISDICTION AND VENUE

3.      This action arises under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.* and related California statutory and common law claims. Subject matter jurisdiction is conferred by 15 U.S.C. §§ 1121, 1125(a) and 28 U.S.C. §§ 1331, 1338. Supplemental jurisdiction over the state claims is conferred by 28 U.S.C. §1367(a), as the claims arise from the same case or controversy.

4.      This Court has jurisdiction over Defendant because of Defendant's substantial, continuous, and systematic business activities within the forum state.

5.      Venue is proper in the United States District Court for the Northern District of California under 28 U.S.C. § 1391 because Defendant is located in this district, and a substantial portion of the activities for which Plaintiff complains have taken place in this district.

## PLAINTIFF'S BUSINESS

6.      Plaintiff is a company that provides expert architecture and interior design services.

7.      Plaintiff traces its origins to the early 1980's, when its founder, Bruce Goff, began expanding beyond the retail furniture business into interior design.

8.      Plaintiff's principal place of business remains in Reno, Nevada, where the company was founded, but it also maintains an office in San Francisco, California.

9.      Since its inception, Plaintiff's business has expanded from primarily servicing the residential sector to a mix of commercial and residential. Plaintiff is equally capable of a home kitchen design as well as a complete space planning and project management for a multi-national corporation.

10.     Plaintiff enjoys a strong reputation within the design field due to the excellence of its people, including the founder, Bruce Goff, who is registered in Nevada and in California and is an

LVOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA 94111
TEL: 415-277-2560   FAX: 415-616-7000

acknowledged leader in his field, having received a significant number of awards and professional distinctions.

11.    It is well known that Plaintiff employs architects and designers who possess the depth and experience to handle a wide range of projects, that all of the design teams are selected based on experience with the client's specific needs and goals in mind, and that Plaintiff's customers associate its name with quality, innovation and dedication to customer satisfaction.

## PLAINTIFF'S TRADEMARK

12.    Plaintiff established its trade name and service mark DOMUS DESIGN GROUP over nine years ago.

13.    The mark DOMUS DESIGN GROUP with the tag line LIVE BETTER WORK SMARTER, has been on the Principal Register with the United States Patent and Trademark Office since June 3, 2003, with a conservatively claimed date of first use and first use in commerce of January 1, 2001 and January 2, 2001 respectively.  A true and correct copy of the US Certificate of Registration No. 2721356 is attached hereto as Exhibit B.

14.    Since Plaintiff's adoption in 1999 of the "DOMUS DESIGN GROUP" trade name and service mark has been widespread, continuous and uninterrupted.  A true and correct printout of the Plaintiff's website record from the waybackmachine.org is attached hereto as Exhibit C.

15.    As the owner of the DOMUS DESIGN GROUP trademark, Plaintiff advertises extensively through local, national, and international channels and publications, and has developed a considerable amount of goodwill and distinctiveness within the market.

## DEFENDANT'S WRONGFUL CONDUCT

16.    On information and belief, the Defendant provides custom furniture manufacturing and product distribution in the United States to multi-family residential projects and to individual clients, architects, and designers.

17.    In connection with its business, Defendant has adopted a trade name and uses and advertises its products and/or services under a mark DOMUS DESIGN GROUP that is identical to Plaintiff's mark, including through a website that Defendant owns and operates under the name

LVOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA 94111
TEL: 415-272-2560   FAX: 415-616-7000

www.domusdesigngroup.com.  A true and correct copy of the printout of Defendant's website, dated November 16, 2007, is attached hereto as Exhibit D.

18.     On information and belief, Defendant's use of the mark and trade name DOMUS DESIGN GROUP began subsequent to Plaintiff's use of the mark.  A true and correct copy of the printout of the Defendant's record with the California Secretary of State, from Secretary of State's website, showing registration of the Defendant under the infringing name only in 2005, is attached hereto as Exhibit E.  In addition, a true and correct copy of the of Defendant's website record on waybackmachine.org, showing inception of Defendant's website only in 2007, is attached hereto as Exhibit F.

19.     Plaintiff only recently became aware of Defendant's use of the infringing mark and trade name in connection with the same or related goods and/or services as Plaintiff, because it has experienced incidences of actual customer and vendor confusion with Defendant's company, ranging from mistaken phone calls to wayward invoices.

20.     On information and belief, Defendant does not own any trademark registrations or applications in the United States, or anywhere else in the world.

21.     Defendant's infringing use of the DOMUS DESIGN GROUP mark and trade name is likely to cause and has already caused actual confusion, mistake, or deception in the marketplace as to the source or origin of Defendant's goods and/or services and has falsely suggested a sponsorship, connection, license or association between Plaintiff and Defendant.

22.     On information and belief, Defendant adopted the DOMUS DESIGN GROUP mark and trade name with the intention of trading on the goodwill associated with Plaintiff's mark, without any authorization or consent from Plaintiff.  Hence, Defendant has willfully and intentionally violated Plaintiff's rights in its trademark.

23.     Notwithstanding Plaintiff's common law, federal, and state trademark rights in its mark DOMUS DESIGN GROUP, Defendant with constructive, if not actual, notice of Plaintiff's mark, adopted and continues to use the infringing mark and trade name.  Such wrongful use constitutes trademark infringement, unfair competition, and injury to Plaintiff's business reputation in violation of the Lanham Act and California statutory and common law.

**FIRST CLAIM FOR RELIEF**

**(Federal Trademark Infringement under 15 U.S.C. § 1114)**

24.    Plaintiff repeats and re-alleges paragraphs 1 through 23 of this Complaint.

25.    Defendant's conduct complained of herein constitutes trademark infringement of Plaintiff's rights in its federally registered DOMUS DESIGN GROUP, which Plaintiff owns and uses. Defendant's infringing activities have caused actual confusion and are likely to continue confuse consumers into believing that Plaintiff is affiliated, has sponsored or endorsed Defendant's goods and/or services. Defendant's activities are without Plaintiff's permission or authority.

26.    Defendant's conduct has caused damage to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of the Plaintiff's trademark.

**SECOND CLAIM FOR RELIEF**

**(Federal Unfair Competition under 15 U.S.C. § 1125(a)(1)(A))**

27.    Plaintiff repeats and re-alleges paragraphs 1 through 26 of this Complaint.

28.    DOMUS DESIGN GROUP mark has become uniquely associated exclusively with the Plaintiff. Defendant's use of the mark has caused and is likely to continue to cause confusion, mistake, or deception with respect to the origin, sponsorship, or approval of Defendant's goods and/or services in violation of Lanham Act § 43(a)(1)(A).

29.    Defendant's conduct has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of the Plaintiff's trademark.

**THIRD CLAIM FOR RELIEF**

**(False Designation of Origin under 15 U.S.C. § 1125(a)(1)(B))**

30.    Plaintiff repeats and re-alleges paragraphs 1 through 29 of this Complaint.

31.    By Defendant's conduct complained of herein, Defendant has misrepresented the nature and characteristics of its goods and/or services. Defendant's identical and confusingly similar use of its DOMUS DESIGN GROUP mark is a false designation of origin or false or misleading representation of fact that is likely to cause and/or has caused confusion, mistake, or

LVOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA 94111
TEL. 415-277-2560   FAX 415-616-7000

deception as to the affiliation, connection, or sponsorship of Defendant and its goods and/or services with Plaintiff and its goods and services.

32.    Defendant's conduct alleged herein has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of Plaintiff's trademark.

## FOURTH CLAIM FOR RELIEF

### (State Trademark Infringement under Cal. Bus. & Prof. Code § 14335)

33.    Plaintiff repeats and re-alleges paragraphs 1 through 32 of this Complaint.

34.    Defendant's activities complained of herein constitute trademark infringement of Plaintiff's right in its federally registered mark DOMUS DESIGN GROUP, which Plaintiff owns and uses. Defendant's infringing activities are without Plaintiff's permission or authority and are unlawful within the meaning of California Business and Professional Code §14335(a).

35.    Defendant's conduct alleged herein has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of Plaintiff's trademark.

## FIFTH CLAIM FOR RELIEF

### (State Unfair Competition under Cal. Bus. & Prof. Code §17200 *et seq.*)

36.    Plaintiff repeats and re-alleges paragraphs 1 through 35 of this Complaint.

37.    By virtue of Defendant's wrongful acts alleged herein, Defendant has engaged in unfair and unlawful competition with the Plaintiff under California Business and Professions Code §§17200 *et seq.* to the injury of Plaintiff and the public.

38.    Defendant's conduct alleged herein has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of Plaintiff's trademark.

## SIXTH CLAIM FOR RELIEF

### (False and Misleading Statements under Cal. Bus. & Prof. Code §17500 *et seq.*)

39.    Plaintiff repeats and re-alleges paragraphs 1 through 38 of this Complaint.

//

LVOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA 94111
TEL. 415-277-2360    FAX. 415-616-7000

40.    By engaging in the unlawful activities alleged herein, Defendant has made or has caused to be made untrue and misleading statements in violation of California Business and Professions Code §§17500 and 17505.

41.    Defendant's conduct alleged herein has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of Plaintiff's trademark.

### SEVENTH CLAIM FOR RELIEF

### (Injury to Business Reputation under Cal. Bus. & Prof. Code § 14330)

42.    Plaintiff repeats and re-alleges paragraphs 1 through 41 of this Complaint.

43.    Defendant's activities complained of herein are likely to injure Plaintiff's business reputation and/or dilute the distinctive quality of Plaintiff's valid trademarks in violation of California Business and Professions Code §14330.

44.    Defendant's conduct alleged herein has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of Plaintiff's trademark.

### EIGHTH CLAIM FOR RELIEF

### (Common Law Trademark Infringement)

45.    Plaintiff repeats and re-alleges paragraphs 1 through 44 of this Complaint.

46.    Defendant's activities complained of herein constitute infringement of Plaintiff's rights in its trademark DOMUS DESIGN GROUP, which Plaintiff owns and uses. Defendant's infringing activities are without Plaintiff's permission or authority and are unlawful under California common law.

47.    Defendant's conduct alleged herein has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of Plaintiff's trademark.

### NINTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

48.    Plaintiff repeats and re-alleges paragraphs 1 through 47 of this Complaint.

LVOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA 94111
TEL. 415-277-2560    FAX: 415-616-7000

49.     Defendant's activities complained of herein constitute unfair and unlawful practices in violation of the California common law to the injury of Plaintiff and the public.

50.     Defendant's conduct alleged herein has caused damages to Plaintiff in an amount to be determined at trial, and unless restrained, will seriously and irreparably impair further the value of Plaintiff's trademark.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

1.     For a preliminary and permanent injunction:

a.     Pursuant to the powers granted to this Court in 15 U.S.C. §1116, enjoining and restraining Defendant and its agents, servants, employees and all persons in active concert or participation with it, from directly or indirectly using the DOMUS DESIGN GROUP mark or any colorable imitation thereof, or any other term that infringes or dilutes the Plaintiff's mark in any manner;

b.     Pursuant to the powers granted to this Court in 15 U.S.C. §1118, ordering that all labels, signs, prints, business cards, stationery, packages, wrappers, receptacles, websites, promotional materials, and advertisements bearing the DOMUS DESIGN GROUP mark or any colorable imitation thereof, or any other term that infringes or dilutes the Plaintiff's mark be delivered up and destroyed;

c.     Pursuant to the powers granted to this Court in California Business and Professions Code §17203, ordering that Defendant immediately cease and desist using or making reference to the DOMUS DESIGN GROUP mark in any way so as to constitute unfair competition or deceptive, untrue or misleading advertising; and

d.     Pursuant to the powers granted to this Court in California Business and Professions Code §17203, enjoining and restraining Defendant and its agents, servants, employees and all persons in active concert or participation with it (1) from directly or indirectly using the DOMUS DESIGN GROUP mark or any imitation thereof, or any other term that infringes or dilutes the Plaintiff's mark, and (2) from continuing any and all acts of unfair competition and unfair business practices by using the Plaintiff's mark or any other colorable imitation thereof;

LYOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA 94111
TEL. 415-277-2560    FAX. 415-616-7000

2.    That Defendant file with this Court and serve upon Plaintiff within fifteen (15) days after issuance of any injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

3.    That Defendant be required to account to Plaintiff for any and all profits derived by Defendant from the use of the DOMUS DESIGN GROUP mark and for all damages sustained by the Plaintiff by reason of Defendant's acts of infringement, unfair competition, and injury to business reputation complained of in this Complaint;

4.    That Defendant be ordered to surrender and transfer into Plaintiff's ownership its website, www.domusdesigngroup.com; and

5.    That the Court award Plaintiff:

  a.  All profits derived by Defendant's wrongful acts complained of herein;

  b.  Treble the amount of Defendant's profits;

  c.  All damages sustained by reason of the wrongful acts complained of herein;

  d.  Treble the amount of actual damages suffered by the Plaintiff under 15 U.S.C. §1117;

  e.  Punitive and exemplary damages against Defendant and in favor of the Plaintiff in an amount sufficient to deter and punish Defendant for its willful and wrongful acts;

  f.  Interest and costs of this action;

  g.  Reasonable attorneys' fees in that this is an exceptional case within the meaning of 15 U.S.C. §1117(a); and

  h.  Such other and further relief as this Court shall deem just and proper.

Date:  November 16, 2007

Milla L. Lvovich, Esq.
LVOVICH & VOLCHEGURSKY, LLP
Attorneys for Plaintiff

Complaint of DDG Resources, LLC, dba Domus Design Group

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial for all issues triable by a jury.

Date:  November 16, 2007

Milla L. Lvovich, Esq.
LVOVICH & VOLCHEGURSKY, LLP
Attorneys for Plaintiff

# EXHIBIT  A



sfgov | residents | business | government | visitors | online services | search

# Office of The County Clerk

## Search Detail - Fictitious Business Search

Step 3 of 3

① ② ③

**Document Number  Date Filed**
2007-0303158-00  05/15/2007

| | | Start Date | Abandonment Date |
|---|---|---|---|
| Business Name | DOMUS DESIGN GROUP | 08/11/1994 | |
| Address | 215 SECOND STREET, STE 215 | | |
| City, State and Zip Code | SAN FRANCISCO, CA, 94105 | | |

| | | Start Date | Withdrawal Date |
|---|---|---|---|
| Owner Name | DD6 RESOURCES, LLC (NV) | 08/11/1994 | |

<- Previous Record  -  New Search  -  Next Record ->

Return To List

**Technical Support for Online Services**
If you need help or have a question about using this online service, please visit our support area.

contact us  |  accessibility policy  |  disclaimer  |  privacy policy

Copyright © 1999-2004 City & County of San Francisco. All rights reserved.

# EXHIBIT B

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,721,356
Registered June 3, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



live better

work smarter

DOMUS DESIGN GROUP (NEVADA LIMITED
  LIABILITY COMPANY)
120 THOMA ST
RENO, NV 89501

FOR: ARCHITECTURAL AND INTERIOR DE-
SIGN, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-2001; IN COMMERCE 1-2-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DESIGN GROUP", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-084,242, FILED 9-17-2001.

LINDA E. BLOHM, EXAMINING ATTORNEY

# EXHIBIT C

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://domusdesign.com

**162** Results

Enter Web Address: http:// | [All] | [Take Me Back] | Adv. Search  Compare Archive Pages

Searched for **http://domusdesign.com**

Note some duplicates are not shown. See all.
* denotes when site was updated.

# Search Results for Jan 01, 1996 - Nov 16, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 3 pages | 1 pages | 3 pages | 11 pages | 16 pages | 25 pages | 22 pages | 14 pages | 32 pages | 9 pages |
| | | Feb 04, 1998 * | Nov 04, 1999 * | May 20, 2000 * | Jan 24, 2001 * | Jan 22, 2002 | Feb 02, 2003 | Jan 22, 2004 | Jan 30, 2005 | Jan 01, 2006 | Jan 04, 2007 |
| | | Dec 02, 1998 * | | Jun 17, 2000 * | Feb 02, 2001 | Feb 02, 2002 | Feb 10, 2003 | Jan 31, 2004 | Feb 04, 2005 | Jan 02, 2006 | Jan 09, 2007 |
| | | Dec 12, 1998 | | Oct 17, 2000 * | Feb 05, 2001 | Mar 24, 2002 | Feb 14, 2003 | Feb 09, 2004 | Feb 09, 2005 | Jan 03, 2006 | Jan 14, 2007 |
| | | | | | Mar 01, 2001 | May 25, 2002 | Feb 22, 2003 | Feb 12, 2004 | Mar 08, 2005 | Jan 05, 2006 | Jan 19, 2007 |
| | | | | | Mar 31, 2001 | Jun 04, 2002 | Mar 22, 2003 | Mar 25, 2004 | Mar 12, 2005 | Jan 18, 2006 | Jan 24, 2007 |
| | | | | | Apr 05, 2001 | Jun 05, 2002 | Mar 26, 2003 | Apr 05, 2004 | Mar 23, 2005 * | Feb 01, 2006 | Feb 08, 2007 |
| | | | | | May 18, 2001 * | Aug 10, 2002 | Apr 09, 2003 | Apr 18, 2004 * | Oct 25, 2005 | Feb 10, 2006 | Apr 24, 2007 |
| | | | | | Aug 04, 2001 | Aug 11, 2002 | Apr 20, 2003 | May 09, 2004 | Nov 09, 2005 | Feb 27, 2006 | Jun 25, 2007 |
| | | | | | Sep 23, 2001 * | Sep 24, 2002 | Apr 22, 2003 | May 25, 2004 | Dec 01, 2005 | Mar 02, 2006 | Jul 05, 2007 |
| | | | | | Oct 20, 2001 | Sep 27, 2002 | May 24, 2003 | May 26, 2004 | Dec 29, 2005 | Mar 11, 2006 * | |
| | | | | | Nov 29, 2001 | Oct 17, 2002 | Jun 05, 2003 | Jun 05, 2004 | Dec 30, 2005 | Apr 24, 2006 * | |
| | | | | | | Oct 23, 2002 | Jun 20, 2003 | Jun 10, 2004 | Dec 31, 2005 | Jun 12, 2006 | |
| | | | | | | Nov 19, 2002 * | Jun 21, 2003 * | Aug 26, 2004 | | Jun 13, 2006 | |
| | | | | | | Nov 27, 2002 | Jul 13, 2003 | Aug 31, 2004 | | Jun 18, 2006 | |
| | | | | | | Nov 30, 2002 | Aug 03, 2003 | Sep 04, 2004 | | Jul 01, 2006 | |
| | | | | | | Dec 06, 2002 | Aug 04, 2003 | Sep 05, 2004 | | Jul 15, 2006 | |
| | | | | | | | Aug 07, 2003 | Sep 20, 2004 | | Aug 04, 2006 | |
| | | | | | | | Oct 10, 2003 | Sep 26, 2004 | | Aug 13, 2006 | |
| | | | | | | | Oct 22, 2003 | Oct 23, 2004 | | Aug 22, 2006 | |
| | | | | | | | Oct 23, 2003 | Nov 28, 2004 | | Oct 13, 2006 | |
| | | | | | | | Nov 19, 2003 | Nov 29, 2004 | | Oct 15, 2006 * | |
| | | | | | | | Dec 18, 2003 | Dec 04, 2004 | | Oct 22, 2006 * | |
| | | | | | | | Dec 20, 2003 | | | Oct 24, 2006 | |
| | | | | | | | Dec 21, 2003 | | | Nov 03, 2006 | |
| | | | | | | | Dec 29, 2003 | | | Nov 11, 2006 | |
| | | | | | | | | | | Nov 17, 2006 | |
| | | | | | | | | | | Dec 05, 2006 | |
| | | | | | | | | | | Dec 10, 2006 | |
| | | | | | | | | | | Dec 15, 2006 | |
| | | | | | | | | | | Dec 24, 2006 | |

11/16/2007 10:41 AM

# EXHIBIT D

*dd* domus design group ™    *"Finally, luxury has become affordable..."*

## About Us

- Services
- Product Collections
- Product Standards
- Kitchen Collection
- Design Elements
- Tall Pantries
- Built-In Appliances
- Glass Cabinets
- Accessories
- Wardrobe Collection
- Wardrobe Accessories
- Bathroom Collection
- Sliding Doors Collection
- Design Styles
- Custom Furniture
- Our Partners
- Project List
- Dealer Opportunities
- Employment
- Related Links
- Press Releases

# Custom German Kitchens, Bathrooms, Wardrobes and Sliding Doors



Domus Design Group provides high-end custom European-style kitchen, bathroom, wardrobe, sliding doors, and custom furniture manufacturing and product distribution in the United States to the multi-family residential projects and to individual clients, architects, and designers. The company Headquarters is located in San Francisco Bay Area, California. Its parent company Fourth Dimension Investments has operated in the U.S. market since 1999 and is part of the larger Group that started its operation in Europe in 1991 and has become a market leader with six design showrooms and major presence at the European kitchen and furniture trade shows. The company management and personnel are contributing significant business, industry, and design experience, as well as knowledge, business skills, and good reputation among the clients and industry professionals. Our clients is what makes us successful.

Domus Design Group's particular niche and positioning is to appeal to the environmentally and quality - conscious homeowners and multi-unit project developers and general contractors who would like to have the highest quality and the best equipped product that European cabinet and furniture manufacturers are known for. Our partners is what makes us stable and strong.

We understand luxury as the highest quality, most creative design, rarest materials and color combinations, and a great attention to detail. In fact, ATTENTION TO DETAIL has become our nickname. Our trade secret and competitive advantage is in making luxury available for everyone to enjoy. So, welcome to our company and enjoy our attention to detail. Please let us know what you like. You will be surprised how affordable our services and products are.

*"Finally, luxury has become affordable..."*

\* "Domus" is Latin for house or home, and could refer to a palace as well...

## To Contact Us:

Phone: 707.330.0054
Fax: 925.828.1721
E-mail: contact@domusdesigngroup.com

San Francisco Design Center
2 Henry Adams Street, suite 337
San Francisco, California 94103
See map and get directions.



**Contact Us**    Phone: 707-330-0054    Fax: 925-828-1721    E-mail: contact@domusdesigngroup.com

# EXHIBIT E

# California Business Portal

**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

Limited Partnerships/Limited Liability Companies    **LP/LLC**

**Business Search LP/LLC**

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

LLC Name Availability

LP Name Availability

Business Entities Records Order Form
  Certificates
  Copies
  Status Reports

LLC FAQS

LP FAQS

LLC Main Page

LP Main Page

Site Search

The information displayed here is current as of "Nov 9, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

## LP/LLC

DOMUS DESIGN GROUP LLC

**Number:** 200508310117    **Date Filed:** 3/21/2005    **Status:** active

**Jurisdiction:** CALIFORNIA

### Address

4727 WILSHIRE BLVD STE 601

LOS ANGELES, CA 90010

### Agent for Service of Process

SPIEGEL & UTRERA, P.A., WHICH WILL DO BUSINESS IN CALIFORNIA AS S

PIEGEL & UTRERA, P.C. (C2237836)

Printer Friendly

**New Search**

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form.**
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form.**

Copyright ©2001 California Secretary of State. Privacy Statement.

# EXHIBIT  F

http://web.archive.org/web/*/http://domusdesigngroup.com

Internet Archive Wayback Machine

**Enter Web Address:** http:// [_____] [All ▾] [Take Me Back]    Adv. Search  Compare Archive Pages

Searched for **http://domusdesigngroup.com**

* denotes when site was updated.

## Search Results for Jan 01, 1996 - Nov 16, 2007

**12** Results

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 4 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 8 pages |

**2001**
Jul 23, 2001 *
Sep 29, 2001
Oct 11, 2001
Dec 12, 2001 *

**2007**
Jan 28, 2007 *
Mar 08, 2007 *
Mar 12, 2007 *
Apr 02, 2007 *
Apr 04, 2007 *
May 13, 2007 *
Jun 13, 2007 *
Jul 14, 2007 *

Home | Help

Internet Archive | Terms of Use | Privacy Policy

11/16/2007 10:44 AM

1 of 1