UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DDG Resources, LLC, d/b/a Domus
Design Group
                Plaintiff(s),

Case No. CV-05835 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Domus Design Group, LLC

                Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02.08.08                  [Party] Alex Kulikov, Domus Design Group

Dated: 2 8 08                  [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05