1  LVOVICH & VOLCHEGURSKY, LLP
   MILLA L. LVOVICH (SBN 225589)
2  ALEXANDER VOLCHEGURSKY (SBN 209172)
   20 California Street, 7th Floor
3  San Francisco, CA  94112
   Telephone No.: 415-277-2560
4  Facsimile No.: 415-616-7000

5

   Attorneys for Plaintiff,
6  DDG RESOURCES, LLC, d/b/a
   DOMUS DESIGN GROUP

7

8               UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 DDG RESOURCES, LLC, d/b/a DOMUS          Case No.: 3:07-CV-05835 JSW
   DESIGN GROUP, a Nevada limited liability
13 company,                                 ADR CERTIFICATION BY PLAINTIFF
                                            AND COUNTER-DEFENDANT, DDG
14                Plaintiff,                RESOURCES, LLC d/b/a/ DOMUS DESIGN
                                            GROUP
15       v.

16 DOMUS DESIGN GROUP, LLC, a
   California limited liability company,
17
                  Defendants.
18
   AND RELATED COUNTERCLAIM
19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DDG RESOURCES, LLC, d/b/a
DOMUS DESIGN GROUP,
        Plaintiff(s),

v.

DOMUS DESIGN GROUP, LLC,

        Defendant(s).

Case No. 3:07-CV-05835 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/__/2008

_____
[Party]

Dated: 02/__/2008

_____
[Counsel]