Halle Jones, Esq., SBN 212747
SPIEGEL & UTRERA, P.C.
1840 Coral Way
Miami, FL 33145
Phone: (305) 854-6000
Facsimile: (305) 857-3700
attorneyjones@amerilawyer.com

Attorneys for Defendant
DOMUS DESIGN GROUP, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a Domus Design Group, a Nevada limited liability company,<br><br>Plaintiff,<br><br>-against-<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendant. | No.: C 07-05835 JSW<br><br>**REQUEST OF DEFENDANT'S COUNSEL HALLE JONES TO PARTICIPATE BY TELEPHONE IN CASE MANAGEMENT CONFERENCE [CIVIL LR 16-10(a)]; AND [PROPOSED] ORDER GRANTING REQUEST TO PARTICIPATE BY TELEPHONE IN CMC**<br><br>CMC Date: February 29, 2008<br>CMC Time: 1:30 p.m.<br>Courtroom: 2<br><br>The Hon. Jeffrey S. White |

Pursuant to Local Civil Rule 16-10(a), counsel for Defendant, Domus Design Group, LLC, requests the Court's permission to participate in the case management conference by telephone scheduled on February 29, 2008 at 1:30 p.m., in Courtroom 2.

This request is made on the grounds that lead trial counsel for Defendant DOMUS DESIGN GROUP, LLC is located in Miami, Florida; and that on February 8, 2008, lead trial counsel for Defendant DOMUS DESIGN GROUP, LLC, discussed the telephonic appearance

−1−

proposed herein with Milla L. Lvovich, counsel for Plaintiff, who had no objection thereto. Northern District of California Civil Local Rule 16-10(a) provides that a party may request to participate in a case management conference by telephone.  A copy of this Request was served on counsel for the Plaintiff.

THEREFORE, Defendant DOMUS DESIGN GROUP, LLC, by and through its counsel of record, respectfully requests that the Court enter its Order that counsel Halle Jones may appear for Defendant DOMUS DESIGN GROUP, LLC at the Case Management Conference on February 29, 2008 by telephone, from the telephone number (305) 854-6000.

Dated:  February 22, 2008

                                          Respectfully Submitted,

                                          SPIEGEL & UTRERA, P.A.
                                          1840 Coral Way, 4th Floor
                                          Miami, FL 33145
                                          Telephone: (305) 854-6000
                                          Facsimile: (305) 857-3700

                                          ___/S/ Halle Jones_____
                                          Halle Jones, Esq.

**ORDER**

Pursuant to Local Rule 16-10(a), with good cause appearing therefor, Halle Jones, counsel for Defendant may appear by telephone at the Case Management Conference on February 29, 2008.

**IT IS SO ORDERED**

DATED: February _____, 2008

_____
Hon. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**Proof of Service**

I am a citizen of the United States and employed in the County of Miami-Dade, State of Florida. I am over the age of eighteen years and not a party to the within entitled cause. My business address is Spiegel & Utrera, PA, 1840 Coral Way, 4th Floor, Miami, Florida 33145.

On February 22, 2008, I served the following document(s):

**REQUEST OF DEFENDANT'S COUNSEL HALLE JONES TO PARTICIPATE BY TELEPHONE IN CASE MANAGEMENT CONFERENCE [CIVIL LR 16-10(a)]; AND [PROPOSED] ORDER GRANTING REQUEST TO PARTICIPATE BY TELEPHONE IN CMC**

On the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Milla L. Lvovich, Esq.
Lvovich & Volchegursky, LLC
20 California Street, 7th Floor
San Francisco, CA 94111
(415) 616-7000
Attorneys for Plaintiff

I placed the said document(s) in a sealed envelope with postage fully prepaid for first class mail for collection and mailing at Miami, Florida following ordinary business practices. I am readily familiar with the practice of the law office of Spiegel & Utrera, PA, for processing mail, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for processing.

I caused said document(s) to be sent via electronic mail through the Case Management/Electronic Case File System of the U.S. District Court for the Northern District of California to the Attorney listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 22, 2008, at Miami, Florida.

SPIEGEL & UTRERA, P.A.

\_\_\_/S/ Halle Jones_____
Halle Jones, Esq.