1  LVOVICH & VOLCHEGURSKY, LLP
   MILLA L. LVOVICH (SBN 225589)
2  ALEXANDER VOLCHEGURSKY (SBN 209172)
   20 California Street, 7th Floor
3  San Francisco, CA  94112
   Telephone No.: 415-277-2560
4  Facsimile No.: 415-616-7000

5

   Attorneys for Plaintiff,
6  DDG RESOURCES, LLC, d/b/a
   DOMUS DESIGN GROUP
7

8                    **UNITED STATES DISTRICT COURT FOR THE**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN FRANCISCO DIVISION**

11

12 | DDG RESOURCES, LLC, d/b/a DOMUS          | Case No.: 3:07-CV-05835 JSW
   | DESIGN GROUP, a Nevada limited liability |
13 | company,                                 | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
14 |            Plaintiff,                    |
15 |      v.                                  |
16 | DOMUS DESIGN GROUP, LLC, a               |
   | California limited liability company,    |
17 |                                          |
   |            Defendants.                   |
18 | AND RELATED COUNTERCLAIM                 |
19

20         Pursuant to Civil Local Rule 3-16, the undersigned counsel to DDG Resources, LLC, d/b/a

21 Domus Design Group, certifies that as of this date, other than the named parties, there are no

22 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

23 known to the undersigned to have either: (i) a financial interest (of any kind) in the subject matter in

24 controversy or in a party to this proceeding; or (ii) any other kind of interest that could be

25 substantially affected by the outcome of this proceeding.

26 Date:  February 22, 2008

                                                          _____/s/_____
27 .                                                        Milla L. Lvovich, Esq.
                                                           LVOVICH & VOLCHEGURSKY, LLP
28                                                         Attorneys for Plaintiff and Counter-Defendant

LVOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA  94111
TEL: 415-277-2560    FAX: 415-616-7000