LVOVICH & VOLCHEGURSKY, LLP
MILLA L. LVOVICH (SBN 225589)
ALEXANDER VOLCHEGURSKY (SBN 209172)
20 California Street, 7th Floor
San Francisco, CA 94112
Telephone No.: 415-277-2560
Facsimile No.: 415-616-7000

Attorneys for Plaintiff,
DDG RESOURCES, LLC, d/b/a
DOMUS DESIGN GROUP

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a DOMUS DESIGN GROUP, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 3:07-CV-05835 JSW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| AND RELATED COUNTERCLAIM | |

Plaintiff DDG Resources, LLC d/b/a Domus Design Group ("Domus Design") and Defendant Domus Design Group, LLC ("Domus, LLC") jointly submit this Case Management Statement.

**I.    JURISDICTION AND SERVICE**

This Court has subject matter jurisdiction over this action because it arises under the trademark and unfair competition laws of the United States. This Court has jurisdiction to decide this action pursuant to 15 U.S.C. §§ 1121, 1125(a) and 28 U.S.C. §§ 1331, 1338. This Court has

jurisdiction over the state law claims under 28 U.S.C. §§ 1367 because the state law claims are so related to the federal claims that they form part of the same case or controversy and arise from a common nucleus of operative facts.

At this time, no issues exist regarding personal jurisdiction or venue and no party is aware of any third parties remaining to be served.

**II.  FACTS**

Domus Design has been providing interior design services since the early 1980's, when its founder and principle, Bruce Goff, began expanding beyond the retail furniture business into interior design and architecture.

Domus, LLC provides high-end custom European-style cabinets and custom furniture in the United States primarily to the multi-family residential projects. Domus, LLC belongs to a group of companies that has been operating worldwide since 1991 in Italy, Germany, the Russian Federation, the Netherlands, Denmark; and in the United States since approximately 1999. "Domus" is the Latin word for house.

In 1999, Domus Design adopted use of the DOMUS DESIGN GROUP trade name and mark, and has been using it in connection with interior design and architectural services widely, continuously and uninterruptedly since adoption almost nine years ago.  The mark DOMUS DESIGN GROUP with the tag line LIVE BETTER WORK SMARTER, has been on the Principal Register with the United States Patent and Trademark Office since June 3, 2003, with a conservatively claimed date of first use and first use in commerce of January 1, 2001 and January 2, 2001 respectively.

Domus Design claims that Domus, LLC started using the DOMUS DESIGN GROUP mark in connection with its closely related furniture design and manufacture services, which it marketed to customers in U.S. commerce, at some point after Domus Design established priority.  Domus Design alleges willful, malicious, intentional and knowing infringement on the part of Domus,

LLC. Domus Design further alleges that Domus LLC's use of the DOMUS DESIGN GROUP has created a likelihood of confusion, and instances of actual confusion among customers and vendors purchasing Domus Design's services.

Domus, LLC alleges that it has acquired common law trademark rights in the DOMUS DESIGN GROUP trademark. Domus, LLC further alleges that Domus Design's registration should be cancelled because Domus Design did not have exclusive use of the mark at or since its application for registration, and since Domus, LLC will be damaged by Domus Design's registration because Domus Design's use of the name would cause confusion vis-à-vis Domus LLC's common law trademark.

### III. LEGAL ISSUES

The parties primarily dispute priority of use, similarity of word marks, similarity of the nature of goods and services at issue, similarity of trade channels and customers, and right to exclusive use of the trademark through registration with the United States Trademark and Patent Office.

### IV. MOTIONS

There are no pending motions. The parties anticipate motions for summary judgment.

### V. AMENDMENT TO PLEADINGS

At this time, the parties do not expect that claims or defenses will be added or dismissed.

### VI. EVIDENCE PRESERVATION

All parties have ensured that no electronic or hard copy evidence relevant to issues reasonably evident in this action will be destroyed.

### VII. DISCLOSURES

The parties are complying with Rule 26, Federal Rules of Civil Procedure, in making initial disclosures and have agreed to exchange such disclosures on February 22, 2008.

//

**VIII.  DISCOVERY**

The parties have not yet exchanged any discovery.  The parties have agreed to exchange interrogatories within 35 days from the date of the initial Case Management Conference ("CMC"), scheduled for February 29, 2008 and discovery will be completed within 238 from initial CMC.

The parties identify the following categories of information that will be sought through discovery:

1. Parties' respective investments in the DOMUS DESIGN GROUP mark;
2. Parties' respective reputations for products/services in connection with the DOMUS DESIGN GROUP mark;
3. Parties' first use of the DOMUS DESIGN GROUP mark in U.S. commerce;
4. Parties' first use of the DOMUS DESIGN GROUP mark in U.S. commerce in connection with their respective design services;
5. Parties' respective customers;
6. Parties' respective channels of trade, marketing and sales;
7. Parties' current distribution of services under the mark DOMUS DESIGN GROUP in the U.S.;
8. Parties' document preservation and retention efforts relating to this litigation;
9. Parties' profits, revenue and other relevant financial information relating to their services being sold and distributed under the mark DOMUS DESIGN GROUP.

**IX.  CLASS ACTIONS**

This category is not applicable to this action.

**X.  RELATED CASES**

The parties are not aware of any related cases or proceedings at this time.

//

//

**XI.    RELIEF**

    A.    *Relief Sought By Domus Design*

Domus Design seeks an order restraining Domus, LLC from directly or indirectly using the DOMUS DESIGN GROUP mark in an infringing manner, and in any way so as to constitute unfair competition or deceptive, untrue or misleading advertising; an order that all labels, signs, prints, business cards, stationery, packages, wrappers, receptacles, websites, promotional materials, and advertisements bearing the DOMUS DESIGN GROUP mark be delivered up and destroyed; an order that Domus, LLC submit with the Court a report setting forth compliance with the injunction and destruction order; an order for surrender and transfer into Domus Design's ownership of Domus LLC's website, www.domusdesigngroup.com; costs of this action and reasonable attorney's fees; and general, special and actual and statutory damages as follows:

    (a)    Domus Design's damages and Domus LLC's profits pursuant to 15 U.S.C. § 1117(a), and California Business and Professions Code §§ 17200 *et seq.* and 17500 *et seq.*;

    (b)    Enhanced damages pursuant to 15 U.S.C. § 1117(b) for Domus LLC's willful violation of Domus Design's registered trademark;

    (c)    Such other damages as the Court shall deem to be just within the provisions of the Lanham Act;

    (d)    Punitive damages, in an amount to be determined by the Court, for Domus LLC's malicious, willful, intentional, deliberate and tortious conduct; and

    (e)    Interest, including prejudgment interest, on the foregoing sums.

    B.    *Relief Sought By Domus, LLC*

In its counterclaim, Domus, LLC seeks cancellation of Domus Design's registered trademark; and costs of this action and reasonable attorney's fees.

//

//

**XII. SETTLEMENT AND ADR**

The parties have agreed upon and selected Early Neutral Evaluation ("ENE") as the ADR process in this action, which the court has approved. The parties have further agreed to conduct the ENE within 90 days from the date on which the Court entered as order the parties' stipulation for ENE, by May 12, 2008. No exact date for the ENE session has been agreed upon yet.

**XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

The parties do not consent to a magistrate judge.

**XVI. OTHER REFERENCES**

The parties agree that this case is not suitable for reference.

**XV. NARROWING OF ISSUES**

At this time, the parties do not believe that there are any issues that can be narrowed.

**XVI. EXPEDITED SCHEDULE**

At this time, the parties do not believe this case is of the type that can be handled on an expedited basis.

**XVII. SCHEDULING**

The parties have agreed to have fact discovery completed within 238 days from the date of the initial CMC. The parties have not yet agreed on the dates for completion of expert disclosures, expert discovery, dispositive motions, pre-trial motions, final pretrial order, or the date of trial.

**XVIII. TRIAL**

This case will be tried before a jury and the parties expect the trial will require five to ten full court days.

**XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Domus Design filed its disclosures of non-party interested entities or persons on February 22, 2008. Domus, LLC filed its disclosures of non-party interested entities or persons on January

15, 2008. Both parties have certified that at this time, other than the named parties, there are no such interests to report.

Date: February 22, 2008

        _____/s/_____
        Milla L. Lvovich, Esq.
        LVOVICH & VOLCHEGURSKY, LLP
        Attorneys for Plaintiff and Counter-Defendant

Date: February 22, 2008

        _____/s/_____
        Halle Jones, Esq.
        SPIEGEL & UTRERA, P.A.
        Attorneys for Defendant and Counterclaimant