IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 29, 2008                **Court Reporter**: Connie Kuhl


**CASE NO. C-07-5835  JSW**

**TITLE:**  DDG Resources  v.  Domus Design Group


**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**

Milla Lvovich                           Halle Jones (via telephone)


**PROCEEDINGS: Initial  Case Management Conference**


**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by  March 7, 2008.

**ADR:   ENE to be completed by 5-12-08 (previously selected)**

Counsel shall file a stipulation by 3-7-08 setting forth deadlines for:
**Close of fact discovery;**
**Close of Expert discovery;**
**Hearing on dispositive motions;**
**Pretrial Conference; and**
**Trial**

**Further CMC:  7-11-08 at 1:30 p.m.**
**Joint CMC statement shall be due on or before 7-3-08**


**REFERRALS:**

**[X] Case referred to ADR for ENE to be completed 5-12-08.**


**cc:**  ADR