# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| DDG Resources, LLC, | 07-05835 JSW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Domus Design Group, LLC, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Roberta Cairney**
588 Sutter St., PMB 431
San Francisco, CA 94102
415-885-5532

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05835 JSW ENE                                - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: March 3, 2008

5                  RICHARD W. WIEKING
                Clerk
6                  by:    Alice M. Fiel

7

8  ADR Case Administrator
9  415-522-3148
                Alice_Fiel@cand.uscourts.gov

10

**United States District Court**
**Northern District of California**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Evaluator**
07-05835 JSW ENE                      - 2 -