LVOVICH & VOLCHEGURSKY, LLP
MILLA L. LVOVICH (SBN 225589)
ALEXANDER VOLCHEGURSKY (SBN 209172)
20 California Street, 7th Floor
San Francisco, CA  94112
Telephone No.: 415-277-2560
Facsimile No.: 415-616-7000

Attorneys for Plaintiff,
DDG RESOURCES, LLC, d/b/a
DOMUS DESIGN GROUP

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a DOMUS DESIGN GROUP, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.:  3:07-CV-05835 JSW<br><br>**STIPULATION REGARDING CONDUCT OF CASE BEFORE A UNITED STATES MAGISTRATE JUDGE, CASE SCHEDULING AND DEADLINES** |

In accordance with the Court's Case Management Order, dated February 29, 2008, Plaintiff DDG Resources, LLC d/b/a Domus Design Group and Defendant Domus Design Group, LLC hereby voluntarily consent to have a United States Magistrate Judge, Maria-Elena James conduct any and all further proceedings in this case, including trial, and order entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

//

//

//

Furthermore, the parties hereby stipulate to the following schedule and deadlines in the case at hand:

    Fact discovery to be completed by August 29, 2008

    Expert disclosures to be completed by September 26, 2008

    Expert discovery to be completed by October 31, 2008.

    Dispositive motions to be completed by January 30, 2009.

    Pre-trial motions to be completed by February 27, 2009.

    Final pre-trial order to be completed by March 13, 2009.

    Trial in April 2009 (or when the Court's schedule permits).

Date:  March 7, 2008

                                                            _____/s/_____
                                                            Milla L. Lvovich, Esq.
                                                            LVOVICH & VOLCHEGURSKY, LLP
                                                            Attorneys for Plaintiff and Counter-Defendant

Date:  March 7, 2008

                                                             _____/s/_____
                                                             Halle Jones, Esq.
                                                            SPIEGEL & UTRERA, P.A.
                                                           Attorneys for Defendant and Counterclaimant

LVOVICH & VOLCHEGURSKY, LLP
20 CALIFORNIA STREET, 7TH FLOOR, SAN FRANCISCO, CA 94111
TEL: 415-277-2560    FAX: 415-616-7000