**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DDG RESOURCES, LLC,

    Plaintiff,

v.

DOMUS DESIGN GROUP, LLC,

    Defendant.

No. C 07-05835 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE JAMES FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further proceedings. The parties may propose the stipulated schedule to Magistrate James for her consideration.

**IT IS SO ORDERED.**

Dated: March 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom