1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DDG RESOURCES, LLC                                No. C 07-5835 MEJ

        Plaintiff(s),

    vs.                                                   **NOTICE OF REFERRAL**;

DOMUS DESIGN GROUP,

        Defendant(s).
_____/

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case number, as designated above.  Please conform your filings  accordingly. The Northern District of California Revised Civil Local Rules shall apply to this case.  Copies of these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties shall comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

**United States District Court**
For the Northern District of California

1    Finally, when filing papers that require the Court to take any action (e.g. motions, meet and

2  confer letters, administrative requests), the parties shall, in addition to filing papers electronically,

3  lodge with chambers a printed copy of the papers by the close of the next court day following the

4  day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and

5  shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name,

6  case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document

7  with the Clerk's Office that has already been filed electronically.

8    **IT IS SO ORDERED.**

9

10  Dated: April 28, 2008



11  _____
    MARIA-E...
    United Stat...                      ...Judge Maria-Elena James

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2