<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DDG RESOURCES, | Case No. C-07-5835 MEJ |
| Plaintiff, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| vs. | |
| DOMUS DESIGN GROUP, | |
| Defendant. | |
| _____/ | |

The Court hereby sets a Case Management Conference in this matter for June 5, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. The parties' Joint Case Management Statement shall be filed by May 29, 2008. Please refer to Judge James' Case Management Standing Order available on the Court's website.

**IT IS SO ORDERED.**

Dated: April 28, 2008

MARIA-ELENA JAMES
United States Magistrate Judge