Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 16 PM 3:59

DDG RESOURCES, LLC, d/b/a/ Domus Design Group, a Nevada limited liability company

    Plaintiff(s),

v.

DOMUS DESIGN GROUP, LLC., a California limited liability company,

    Defendant(s).       /

CASE NO. 3:07-cv-05835 MEJ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, TAMARA LEA KLOPENSTEIN, an active member in good standing of the bar of SOUTHERN DISTRICT OF FLORIDA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing DOMUS DESIGN GROUP, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Rebecca Rhyne, 4727 Wilshire Blvd., Suite 601. Los Angeles, California 90010, Telephone no. (323) 936-3400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008



TAMARA L. KLOPENSTEIN