LVOVICH & VOLCHEGURSKY, LLP
MILLA L. LVOVICH (SBN 225589)
ALEXANDER VOLCHEGURSKY (SBN 209172)
20 California Street, 7th Floor
San Francisco, CA 94112
Telephone No.: 415-277-2560
Facsimile No.: 415-616-7000

Attorneys for Plaintiff,
DDG RESOURCES, LLC, d/b/a
DOMUS DESIGN GROUP

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a DOMUS DESIGN GROUP, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 3:07-CV-05835 MEJ<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| AND RELATED COUNTERCLAIM | |

Plaintiff DDG Resources, LLC d/b/a Domus Design Group ("Domus Design") and Defendant Domus Design Group, LLC ("Domus, LLC") jointly submit this Case Management Statement.

**I.    JURISDICTION AND SERVICE**

This Court has subject matter jurisdiction over this action because it arises under the trademark and unfair competition laws of the United States. This Court has jurisdiction to decide this action pursuant to 15 U.S.C. §§ 1121, 1125(a) and 28 U.S.C. §§ 1331, 1338. This Court has

jurisdiction over the state law claims under 28 U.S.C. §§ 1367 because the state law claims are so related to the federal claims that they form part of the same case or controversy and arise from a common nucleus of operative facts.

At this time, no issues exist regarding personal jurisdiction or venue and no party is aware of any third parties remaining to be served.

## II.  FACTS

Domus Design has been providing interior design services since the early 1980's, when its founder and principle, Bruce Goff, began expanding beyond the retail furniture business into interior design and architecture.

In 1999, Domus Design adopted use of the DOMUS DESIGN GROUP trade name and mark, and has been using it in connection with interior design and architectural services widely, continuously and uninterruptedly since adoption almost nine years ago.  The mark DOMUS DESIGN GROUP with the tag line LIVE BETTER WORK SMARTER, has been on the Principal Register with the United States Patent and Trademark Office since June 3, 2003, with a conservatively claimed date of first use and first use in commerce of January 1, 2001 and January 2, 2001 respectively.

Domus, LLC provides high-end custom European-style cabinets and custom furniture in the United States primarily to the multi-family residential projects. Domus, LLC belongs to a group of companies that has been operating world wide since 1991 in Italy, Germany, the Russian Federation, the Netherlands, Denmark, and the United States since approximately 1999. "Domus" is both the Latin and Italian word for house, and one of Domus, LLC's affiliated companies is Domus Aurea Group (alluding to the "Golden House" built by the Ancient Roman emperor, Nero).

Domus Design claims that Domus, LLC started using the DOMUS DESIGN GROUP mark in connection with its closely related furniture design and manufacture services, which it marketed to customers in U.S. commerce, at some point after Domus Design established priority.  Domus

Design alleges willful, malicious, intentional and knowing infringement on the part of Domus, LLC. Domus Design further alleges that Domus LLC's use of the DOMUS DESIGN GROUP has created a likelihood of confusion, and instances of actual confusion among customers and vendors purchasing Domus Design's services.

Domus, LLC alleges that it has acquired common law trademark rights in the DOMUS DESIGN GROUP trademark. Domus, LLC further alleges that Domus Design's registration should be cancelled because Domus Design did not have exclusive use of the mark at or since its application for registration, and since Domus, LLC will be damaged by Domus Design's registration because Domus Design's use of the name would cause confusion vis-à-vis Domus LLC's common law trademark.

**III.    LEGAL ISSUES**

The parties primarily dispute priority of use, similarity of marks, similarity of the nature of goods and services at issue, similarity of trade channels and customers, and right to exclusive use of the trademark through registration with the United States Trademark and Patent Office.

**IV.    MOTIONS**

There are no pending motions. The parties anticipate motions for summary judgment.

**V.    AMENDMENT TO PLEADINGS**

At this time, the parties do not expect that claims or defenses will be added or dismissed.

**VI.    EVIDENCE PRESERVATION**

All parties have ensured that no electronic or hard copy evidence relevant to issues reasonably evident in this action will be destroyed.

**VII.    DISCLOSURES**

The parties have complied with Rule 26, Federal Rules of Civil Procedure, in making initial disclosures and have exchanged such disclosures on February 28, 2008.

**VIII.  DISCOVERY**

Domus Design served interrogatories and requests for production of documents upon Domus, LLC on April 4, 2008.  The parties also intend to conduct depositions of the principal witnesses of each side, by August 29, 2008.  Discovery will be completed within 238 days from the date of initial CMC, which was held on February 29, 2008.

The parties identify the following categories of information that will be sought through discovery:

1. Parties' respective investments in the DOMUS DESIGN GROUP mark;

2. Parties' respective reputations for products/services in connection with the DOMUS DESIGN GROUP mark;

3. Parties' first use of the DOMUS DESIGN GROUP mark in U.S. commerce;

4. Parties' first use of the DOMUS DESIGN GROUP mark in U.S. commerce in connection with their respective design services;

5. Parties' respective customers;

6. Parties' respective channels of trade, marketing and sales;

7. Parties' current distribution of services under the mark DOMUS DESIGN GROUP in the U.S.;

8. Parties' document preservation and retention efforts relating to this litigation;

9. Parties' profits, revenue and other relevant financial information relating to their services being sold and distributed under the mark DOMUS DESIGN GROUP.

**IX.  CLASS ACTIONS**

This category is not applicable to this action.

**X.  RELATED CASES**

The parties are not aware of any related cases or proceedings at this time.

## XI. RELIEF

### A. *Relief Sought By Domus Design*

Domus Design seeks an order restraining Domus, LLC from directly or indirectly using the DOMUS DESIGN GROUP mark in an infringing manner, and in any way so as to constitute unfair competition or deceptive, untrue or misleading advertising; an order that all labels, signs, prints, business cards, stationery, packages, wrappers, receptacles, websites, promotional materials, and advertisements bearing the DOMUS DESIGN GROUP mark be delivered up and destroyed; an order that Domus, LLC submit with the Court a report setting forth compliance with the injunction and destruction order; an order for surrender and transfer into Domus Design's ownership of Domus LLC's website, www.domusdesigngroup.com; costs of this action and reasonable attorney's fees; and general, special and actual and statutory damages as follows:

(a) Domus Design's damages and Domus LLC's profits pursuant to 15 U.S.C. § 1117(a), and California Business and Professions Code §§ 17200 *et seq.* and 17500 *et seq.*;

(b) Enhanced damages pursuant to 15 U.S.C. § 1117(b) for Domus LLC's willful violation of Domus Design's registered trademark;

(c) Such other damages as the Court shall deem to be just within the provisions of the Lanham Act;

(d) Punitive damages, in an amount to be determined by the Court, for Domus LLC's malicious, willful, intentional, deliberate and tortious conduct; and

(e) Interest, including prejudgment interest, on the foregoing sums.

### B. *Relief Sought By Domus, LLC*

In its counterclaim, Domus, LLC seeks cancellation of Domus Design's registered trademark; and costs of this action and reasonable attorney's fees.

## XII. SETTLEMENT AND ADR

The parties have agreed upon and selected Early Neutral Evaluation ("ENE") as the ADR process in this action, which the court has approved. The parties have initially agreed to conduct the ENE within 90 days from the date on which the Court entered the parties' stipulation to complete ENE by May 12, 2008 as its Order. However, due to the fact that Domus, LLC had to change its lead counsel immediately prior to the original date for completion of ENE and new counsel had to obtain Pro Hac Vice admission and familiarize herself with the issues and facts of the lawsuit, the parties stipulated to continue the deadline for completion of ENE by 60 days, to July 12, 2008.

## XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

The parties have consented to use a Magistrate Judge for All Purposes.

## XVI. OTHER REFERENCES

The parties agree that this case is not suitable for reference.

## XV. NARROWING OF ISSUES

At this time, the parties do not believe that there are any issues that can be narrowed.

## XVI. EXPEDITED SCHEDULE

At this time, the parties do not believe this case is of the type that can be handled on an expedited basis.

## XVII. SCHEDULING

The parties have agreed to have fact discovery completed within 238 days from the date of the initial CMC. The parties have also agreed on the following discovery deadlines:

Fact discovery to be completed by August 29, 2008

Expert disclosures to be completed by September 26, 2008

Expert discovery to be completed by October 31, 2008.

Dispositive motions to be completed by January 30, 2009.

Pre-trial motions to be completed by February 27, 2009.

Final pre-trial order to be completed by March 13, 2009.

Trial in April 2009 (or when the Court's schedule permits).

**XVIII. TRIAL**

This case will be tried before a jury and the parties expect the trial will require five to ten full court days.

**XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Domus Design filed its disclosures of non-party interested entities or persons on February 22, 2008. Domus, LLC filed its disclosures of non-party interested entities or persons on January 15, 2008. Both parties have certified that at this time, other than the named parties, there are no such interests to report.

Date: May 29, 2008

.
                        /s/
          Milla L. Lvovich, Esq.
          LVOVICH & VOLCHEGURSKY, LLP
          Attorneys for Plaintiff and Counter-Defendant

Date: May 29, 2008

.
                        /s/
          Rebecca Rhyne, Esq.
          SPIEGEL & UTRERA, P.A.
          Attorneys for Defendant and Counterclaimant