LVOVICH & VOLCHEGURSKY, LLP
MILLA L. LVOVICH (SBN 225589)
ALEXANDER VOLCHEGURSKY (SBN 209172)
20 California Street, 7th Floor
San Francisco, CA 94112
Telephone No.: 415-277-2560
Facsimile No.: 415-616-7000

Attorneys for Plaintiff,
DDG RESOURCES, LLC, d/b/a
DOMUS DESIGN GROUP

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a DOMUS DESIGN GROUP, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendants. | Case No.: CV-05835 JSW MEJ<br><br>**STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION** |
| AND RELATED COUNTERCLAIM | |

Plaintiff DDG Resources, LLC d/b/a Domus Design Group and Defendant Domus Design Group, LLC through their counsel hereby stipulate to continue the deadline for completion of Early Neutral Evaluation, currently scheduled in the above-referenced action for May 12, 2008, for 60 days, until July 11, 2008.

Date: May 16, 2008

Milla L. Lvovich, Esq.
LVOVICH & VOLCHEGURSKY, LLP
Attorneys for Plaintiff and Counter-Defendant

Date: May 15, 2008

Rebecca Rhyne, Esq.
SPIEGEL & UTRERA, P.A., P.C.
Attorneys for Defendant and Counterclaimant

IT IS HEREBY ORDERED that based upon the foregoing Stipulation of the parties through their counsel that the deadline for completion of Early Neutral Evaluation, currently scheduled in the above-referenced action for May 12, 2008, for 60 days, until July 11, 2008.

Dated: ~~May~~ June 5, 2008

IT IS SO ORDERED
Judge Maria-Elena James

Hon. Maria-Elena James
United States District Court Judge