# Roberta Cairney Law Offices

588 Sutter Street #431

San Francisco, California  94102

Tel: 415 885-5532    Fax: 415 563-4363


9 June 2008

| | |
|---|---|
| Milla L. Lvovich | Tamara Klopenstein |
| Lvovich & Volchegursky, LLP | Spiegel & Utrera, PA |
| 20 California Street, 7th Floor | 1840 Coral Way |
| San Francisco, CA 94111 | 4th Floor |
| | Miami, FL 33145 |

Alexander Volchegursky
Attorney at Law
235 Montgomery Street, Suite 600
San Francisco, CA 94104

**Re:  DDG Resources, LLC v. Domus Group, LLC**
       **Case # C 07-05835 MEJ ENE**

Dear Counsel:

As you know, in its June 5 order the court extended the period in which the ENE session can be held until July 11.

This letter outlines our next steps, and is updated from the letter I sent on April 17.

The ENE Process
To make sure that you understand the process, please take time now to review carefully ADR L.R. 5 which governs the ENE program.

Pursuant to ADR L.R 5-7, I will hold a telephone conference with all counsel before the formal evaluation session to discuss:

- ENE procedures
- the nature of the case
- appropriate dates for the ENE session
- the parties who will be present at the session and other procedural matters
- ideas to improve the effectiveness of the ENE session or matters that could pose impediments

ENE – 6 June 2008 -- Page 2

- requirements for your written ENE statements
- any questions you might have about the ENE program

The telephone conference will last approximately one-half hour. Please be prepared to set a date for the ENE session at the time of the telephone conference. <u>Before</u> the telephone conference, please ascertain from your clients (and any insurers) a selection of dates upon which the ENE session may be conducted.

• I would like to schedule the call for June 23 or 24.

The ADR rules require that each party must be represented at the ENE proceeding by a business person and counsel who have sufficient authority to settle the case.

According to the courts order dated yesterday, the final date that the session can be held is July 11, 2008.

Although we usually set the date of the session during the call, given the tight deadline, it would probably be better for everyone's schedule if we choose the date for the session even before we have the call.

• I have July 1-3, and July 7-10 available for the session. Please keep make sure to check your client's availability for these dates.

I look forward to assisting you on this case.

Very truly yours,

Roberta Cairney

cc:  Clerk's Office – ADR Unit

Case 3:07-cv-05835-MEJ    Document 28    Filed 06/06/2008    Page 3 of 3