**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a DOMUS DESIGN GROUP, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendant. | No. C-07-5835 MEJ<br><br>**ORDER AMENDING CASE MANAGEMENT DATES** |

The Court hereby amends its June 5, 2008 case management order to correct the following dates:

E.  <u>Disclosure of Expert Witnesses</u>:

1.  Any party wishing to present expert witness testimony with respect to a claim or defense shall serve on all other parties the name, address, qualifications, resume, and a written report which complies with Federal Rule of Civil Procedure 26(a)(2)(B) on or before **September 8, 2008**.

F.  <u>Rebuttal Expert Witnesses</u>:

1. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B), no later than **September 18, 2008.**

H.  Close of Discovery:

1. All discovery, including depositions of expert witnesses, must be completed by **October 3, 2008**.

.

I.  Dispositive Motions:

1. Pursuant to Civil L.R. 7-2, all dispositive motions shall be filed, served and noticed by **November 2, 2008**. The parties shall file a joint statement of undisputed facts pursuant to Civil L.R. 56-2(b) when filing a motion for summary judgment or summary adjudication.
2. The Court shall hear dispositive motions on **December 4, 2008**, at 10:00 a.m. in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 6, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2