**Rebecca Rhyne, Esq. (State Bar No.: 231090)**
**SPIEGEL & UTRERA, P.C.**
**4727 Wilshire Boulevard**
**Suite 601**
**Los Angeles, CA  90010**
**Phone:     (323) 936-3400**
**Facsimile: (323)  939-5600**
**attorneyrhyne@amerilawyer.com**

Attorneys for Defendant, Domus Design Group, LLC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a Domus Design Group, a Nevada limited liability company,<br><br>Plaintiff,<br><br>-against-<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendant. | No.: 3:07-CV-05835 MEJ<br><br>**STIPULATION FOR SUBSTITUTION OF REPRESENTATION** |

   **IT IS HEREBY STIPULATED** and agreed that Rebecca Rhyne, on behalf of Spiegel & Utrera, P.C. shall be substituted in the place of Halle Jones, previous counsel of record for the Defendant, Domus Design Group, LLC. in the above styled cause.

| | |
|---|---|
| 2836 SW 23rd Street<br>Miami, Florida 33145<br>Tel. No.:  (215) 870-3938 | SPIEGEL & UTRERA, PA<br>4727 Wilshire Blvd., Suite 601<br>Los Angeles, California 90010<br>Tel. No.:  (323) 936-3400<br>Fax No.:  (323) 939-5600 |
| By:____/s/ Halle Jones_____<br>   Halle Jones, Esq.<br>   State Bar No.: 212747 | By:____/s/ Rebecca Rhyne_____<br>   Rebecca Rhyne, Esq.<br>   State Bar No.:  231090 |