UNITED STATES DISTRICT COURT

Northern District of California

DDG RESOURCE, LLC, d/b/a Domus
Design Group, a Nevada limited liability
company,

CASE NO.  3:07-cv-05835 MEJ

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

DOMUS DESIGN GROUP, LLC., a
California liited liability company,

Defendant(s).
_____/

TAMARA LEA KLOPENSTEIN                    , an active member in good standing of the bar of

SOUTHERN DISTRICT OF FLORIDA                whose business address and telephone number

(particular court to which applicant is admitted)

is

Spiegel & Utrera, P.A., 1840 Coral Way, 4th Floor, Miami, Florida 33145
Tel. No.: (305) 854-6000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing DOMUS DESIGN GROUP, LLC.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 14, 2008

_____
United States Magistrate  Judge

UNITED STATES DISTRICT COURT
For the Northern District of California