UNITED STATES DISTRICT COURT

Northern District of California

DDG RESOURCE, LLC, d/b/a Domus Design Group, a Nevada limited liability company,

CASE NO. 3:07-cv-05835 MEJ

~~Plaintiff(s),~~

v.

DOMUS DESIGN GROUP, LLC., a California liited liability company,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

TAMARA LEA KLOPENSTEIN, an active member in good standing of the bar of SOUTHERN DISTRICT OF FLORIDA whose business address and telephone number (particular court to which applicant is admitted) is

Spiegel & Utrera, P.A., 1840 Coral Way, 4th Floor, Miami, Florida 33145
Tel. No.: (305) 854-6000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DOMUS DESIGN GROUP, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 14, 2008



United S_____  Judge Maria-Elena James