Rebecca Rhyne, Esq. (State Bar No.: 231090)
SPIEGEL & UTRERA, P.C.
4727 Wilshire Boulevard, Suite 601
Los Angeles, CA 90010
Phone: (323) 936-3400
Facsimile: (323) 939-5600
attorneystubbe@amerilawyer.com

Attorneys for Defendant, Domus Design Group, LLC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a Domus Design Group, a Nevada limited liability company,<br><br>Plaintiff,<br><br>-against-<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendant. | No.: 3:07-CV-05835 MEJ<br><br>**STIPULATION FOR SUBSTITUTION OF REPRESENTATION** |

**IT IS HEREBY STIPULATED** and agreed that Stephanie Stubbe, on behalf of Spiegel & Utrera, P.C. shall be substituted in the place of Rebecca Rhyne, previous counsel of record for the Defendant, Domus Design Group, LLC. in the above styled cause.

Dated: August , 2008

Spiegel & Utrera, P.C.
4727 Wilshire Blvd., Suite 601
Los Angeles, California 90010
Tel. No.: (323) 936-3400
Fax No.: (323) 939-5600

By: /s/ Rebecca Rhyne
Rebecca Rhyne, Esq.
State Bar No.:231090

Dated: August 19, 2008

SPIEGEL & UTRERA, PA
1840 Coral Way, 4th Floor
Miami, Florida 33145
Tel. No.: (305) 854-6000
Fax No.: (305) 857-3700

By: /s/ Stephanie Stubbe
Stephanie Stubbe, Esq.
State Bar No.: 243251

1
STIPULATION FOR SUBSTITUTION OF REPRESENTATION