# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DDG RESOURCES, LLC, d/b/a DOMUS DESIGN GROUP, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMUS DESIGN GROUP, LLC, a California limited liability company,<br><br>Defendants. | 07-5835<br>Case No.: CV-05835 JSW MEJ<br><br>[PROPOSED] ORDER CONTINUING VARIOUS SCHEDULING DEADLINES |
| AND RELATED COUNTERCLAIM | |

IT IS HEREBY ORDERED that based upon the foregoing Stipulation of the parties through their counsel, the following deadlines currently set in the above-referenced matter are hereby continued as follows:

(i) The deadline for close of discovery and deposition of expert witnesses, currently set for **October 3, 2008**, shall be continued for 60 days, until **December 3, 2008**;

(ii) Motions to compel discovery shall be heard no later than ten (10) days from the date of the new discovery cut-off date;

(iii) The deadline for expert disclosures, currently set for **September 8, 2008**, shall be continued for 43 days, until **October 20, 2008**;

(iv) The deadline for rebuttal expert disclosures, currently set for **September 18, 2008**, shall also be continued for 43 days, until **October 30, 2008**;

(v) The deadline for filing of dispositive motions, currently set for **November 2, 2008**, shall be continued for 40 days, until **December 12, 2008**;

    (vi)    The Court shall hear dispositive motions on **January 15, 2009**, at 10:00 a.m. in Courtroom B 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California.

Dated: ~~September~~ October 30 __, 2008

_____
Hon. Maria-Elena James
United States District Court Judge