FILED

NOV 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DDG RESOURCES, LLC, d/b/a Domus Design Group, a Nevada limited liability company,

Plaintiff,

-against-

DOMUS DESIGN GROUP, LLC, a California limited liability company,

Defendant.

No.: 3:07-CV-05835 MEJ

[PROPOSED] ORDER PERMITTING WITHDRAWAL AS COUNSEL FOR DEFENDANT DOMUS DESIGN GROUP, LLC

THIS MATTER is before the Court on the motion of Spiegel & Utrera, P.A. (collectively "Counsel") for leave to withdraw as counsel for Defendant Domus Design Group, LLC ("Domus Design Group"). Based upon the submissions of Counsel and status of the present action, Domus Design Group has sufficient time to engage substitute counsel. Therefore, being fully advised in the premises and for good cause shown, IT IS HEREBY ORDERED that Counsel's Motion to Withdraw is GRANTED as follows:

1. Stephanie Stubbe and Tamara Klopenstein of SPIEGEL & UTRERA, P.A. are granted leave to withdraw as counsel for Domus Design Group. Domus Design Group is hereby Ordered to obtain new counsel within 20 days of the issuance of this Order Granting Spiegel & Utrera, P.A. leave to withdraw.

2. All papers shall be served on Spiegel & Utrera, P.A. until an Appearance of Counsel for Domus Design Group is filed by substitute counsel. Spiegel &

Utrera, P.A. is ordered to forward all such papers to Domus Design Group until Notice(s) of Appearance are filed on behalf of Domus Design Group.

IT IS SO ORDERED this 6 day of Nov, 2008.

BY THE COURT:

Hon. Maria-Elena James

United States District Court Judge