IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DDG RESOURCES, LLC, | Case No. C 07-5835 MEJ |
| Plaintiff, | |
| vs. | **ORDER CONTINUING STATUS CONFERENCE** |
| DOMUS DESIGN GROUP, LLC, | |
| Defendant | |

Please take notice that the Status Conference in this matter, currently scheduled for November 13, 2008, is hereby CONTINUED to November 20, 2008 at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 13, 2008

MARIA-ELENA JAMES
United States Magistrate Judge