UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DDG RESOURCES, LLC, )
)
       Plaintiff(s), )   No. C07-5835 MEJ (BZ)
)
  v. )   **ORDER RE OVERDUE PAPERS**
)
DOMUS DESIGN GROUP, LLC, )
)
       Defendant(s). )

TO: Defendant(s) and their attorney(s) of record:

On November 21, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for December 10, 2008. Your statement was due Wednesday, December 3, 2008. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business today, December 5, 2008, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: December 5, 2008

                             _____
                              Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\DDG LATE PAPERS DEF.wpd

1